# EXHIBIT 1

# COMPUTER DISC