RSS for Posts    Follow on Twitter    Connect on Facebook



**Sharing Black Life, Statewide**    www.flcourier.com

FLORIDA    COMMENTARIES    METRO    LIFESTYLE    NATIONAL    WORLD    SPORTS    OBAMAWATCH    FLORIDA'S FINEST

ABOUT US    TRIBUTE TO OUR FOUNDER    DAYTONA TIMES    WEST ORLANDO NEWS    WPUL-AM 1590    LA JEFA 94.9FM & 1070AM

CONTACT US

# REALLY FINAL PAULA WHITE UPDATE with links: White apologizes to Florida rabbi, Florida Courier publisher after 'scroll-wrapping' video surfaces

**Facebook**

Florida Courier
Like

394 people like Florida Courier

**EDITOR'S NOTE:** *This is the version of the story that appears in Florida Courier newspapers distributed statewide. Links have been added.*

**BY THE FLORIDA COURIER STAFF:** Florida-based televangelist Paula White submitted a written apology to Orlando-area Rabbi Ira Michaelson and to Florida Courier Publisher Charles W. Cherry II after a video surfaced that showed White participating in "scroll-wrapping" considered "repulsive and inappropriate" by some Jewish religious scholars.

**Share this story**

0    0

Tweet

The video surfaced just hours after White's attorney, Daniel Beirute, categorically and unconditionally denied White's involvement in any such act.

**Similar to Long 'wrapping'**

White's "wrapping" – allegedly symbolic of being "wrapped in the Word of God," according to erstwhile "rabbi" Ralph Messer on the video – is almost identical to Messer's wrapping of New Birth Missionary Baptist Church's Rev. Eddie Long during a controversial, widely ridiculed ceremony that went viral on YouTube last week.



**Get daily morning updates!**

Enter your email address:

Subscribe
Delivered by

Criticism of Long was swift and severe from Jewish religious scholars and the Anti-Defamation League, forcing Long to publicly apologize.

White is now pastor of New Destiny Christian Center founded by the late Zachery Tims. New Destiny is one of Central Florida's largest churches. She also is pastor of Without Walls International Church, one of Tampa's largest churches.

**Stories**

Latest    Popular    Comments

**How it all started**

On Friday afternoon, Feb. 3, the West Orlando News Online reported "rumors that Messer will be in Orlando over the weekend to crown pastor Paula White, new leader of the New Destiny Christian Center (NDCC), queen."

BLINK
by administrator - No Comment

MIAMI BROWARD CARNIVAL 2013
by administrator - No Comment

At 6 p.m. that Friday evening – just after the Florida Courier broke a story on the Internet addressing rumors of White's possible "coronation" on Super Bowl Sunday – Messer became the focus of discussion on Orlando's WEUS-AM 810, a local talk radio station.

Cyberbullied to death
by administrator - No Comment

Host Don Miller of "The Don Miller Show" harshly criticized both Long and Messer. One of the featured guests on the show was Rabbi Michaelson of the Beth Tefillah congregation in Clermont, just outside of Orlando.

Schools get break on their own grades
by administrator - No Comment

**'Already did this'**

About 10 minutes into the broadcast, Miller confirmed that he heard rumors that Messer was coming to Orlando "to do this" (another Eddie Long-style "coronation") at another church."

More than half of fast food workers on public aid
by administrator - No Comment

In response, Michaelson said, "He actually already did this to Paula White some years ago...this was after she was divorced from Randy White and before the scandal with Benny Hinn came out. He took her and wrapped her in a scroll and said the same thing – 'I'm wrapping you in the Word of God.'"

The Florida Courier updated its Internet story with Michaelson's quote.



Exhibit 2

### Saturday morning calls

In multiple phone calls and e-mails to Cherry, Daniel Beirute, Paula White's attorney, unconditionally denied that White would be "coronated" as was Long.

In response to Michaelson's quoted allegation, Beirute wrote in an e-mail to Cherry, "I don't know where Rabbi Michaelson gets his information, but my client categorically and unequivocally denies that that ever happened."

### No longer a story

Based on White's unconditional denial, Florida Courier editors decided that there was no longer a story and posted a "Final Paula White update with links," including White's denial.

But that was not to be the last word. Rabbi Michaelson, concerned that White's denial damaged his reputation, e-mailed a video to Cherry that corroborated his statement about White.

### Video summary

The video opens up with various instances in which an energetic White picks up or drops Bibles on the floor while preaching. About 36 seconds into the video, a caption appears: "Notice Bible on Floor." There's more video of White preaching, speaking 'in tongues,' and dropping more Bibles.

About two minutes into the video, another caption appears, "If Paula had thrown the Koran to the floor, she would have faced certain death. The Jews rejected her from speaking at their 2007 "day of prayer" (sic) because of the following sacrilege to their sacred scrolls," it states.

### White wrapped

Then, in an undated broadcast that seems to be recorded from White's TV show "Paula," White agrees to allow Messer and another unidentified man to wrap White in what appears to be a Torah scroll.

After saying the wrapping represents protection and being "hidden in the Word of God," Messer tells White, "Out of something that was thrown off the tracks — like your life — God says, 'I'm going to raise it up and people will read from it and quote it for generations.'"

Messer then says to White, "...The Lord says, 'You are so sacred to the Body of Christ, I'm wrapping you in the Word of God.'" The scroll seemed to be torn in the process. White appears to be overcome with emotion, then happily shakes Messer's hand.

### Rabbi takes action

After sending a copy of the video to Cherry, Michaelson e-mailed White's lawyer.

"I have consulted my own attorney who is well-versed in copyright law. It is quite clear that by your statements...you are questioning the veracity of my comments on the 'Don Miller Show.'

"When challenged by you and Paula White, I produced the proof. As an attorney, you must be fully aware that producing a short clip from a TV show is not copyright infringement. Further, there is no defamation involved, as what I stated is true, in spite of your client's comments to the contrary," Michaelson wrote.

"Please advise your client that if any further attempts are made to question my comments, and my integrity, I will seek to protect my good name. I do not like having my integrity challenged."

### Tried to remove video

The video Cherry saw was removed from YouTube Saturday night "due to a copyright claim made by Paula White Ministries," according to YouTube. However, Florida Courier reporters found a link to a shortened YouTube version of the video and posted it on the Florida Courier website.



A written apology came to Michaelson and Cherry a day later.

To Michealson, Beirute wrote, "On behalf of Pastor White, please accept our apology. There was no intention to personally offend you or to attack your integrity. We were attempting to respond to the allegations made by others that Pastor White would be or had been coronated or enthroned, as some say Bishop Long was. As to the wrapping, I was not aware that this had happened, and Pastor White had forgotten about the incident."

To Cherry, Beirute wrote, "Guess what? Much to my embarrassment, it turns out that I was incorrect when I said that Pastor White had never been wrapped in a scroll."

The e-mail also included what Beirute wrote was a note from White:

'Placed around my shoulders'

"In attempting to respond to rumors on Saturday, I informed my attorney that I had never been wrapped in a Torah Scroll. This was my sincere recollection at the time. However, it has now been pointed out to me that my recollection was wrong and that, in fact, a torah scroll was placed around my shoulders when I conducted an in-studio interview on my television show a few years ago. This was a prayer of blessing offered by the guest – not a coronation or enthronement. Nevertheless, I apologize for not vetting this more carefully before responding.

"Our primary objective was and still is to deny the baseless claim that NDCC was hosting a Coronation service for me. Furthermore I desired and desire to distance myself from any controversy, as I have already had my share. My ministry is moving in a new direction that I am very excited about. My focus is on pursuing that purpose which the Lord has called me to fulfill – to serve and glorify the King of Kings, Jesus Christ."

Unanswered questions

Cherry responded to the apology by asking White when Messer appeared on her show, whether he had previously spoken in any church she pastors, and whether Messer's background had been investigated prior to his appearance on her show.

Neither Beirute nor White responded as of the Florida Courier's press time Wednesday.

RELATED LINKS:

Publisher Charles W. Cherry II's 'Straight, No Chaser' column directed to Paula White

Rabbi' Ralph Messer describes "West African curse" on Black Americans at New Birth MBC

'Rabbi' Ralph Messer explains his 'mission

Rev. Keith Johnson's response to Ralph Messer's 'curse' theory

Related stories

- ANOTHER PAULA WHITE UPDATE. Video surfaces of White wrapped...
- UPDATE#1: Paula White's attorney denies that an Eddie.
- FINAL PAULA WHITE UPDATE with links: No 'Super Bowl'...
- Random thoughts of a free Black mind, v. 134