Subject:  theremnantsjnj - Video removed - Copyright Infringement
From:     YouTube (no_reply@youtube.com)
To:       theremnantsjnj@yahoo.com;
Date:     Monday, February 6, 2012 1:58 PM



help center | e-mail options

## Dear theremnantsjnj:

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Paula White New Destiny - Part 2**
http://www.youtube.com/watch?v=p-luDznvMIU

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Shane Perry - She's Not Here for the Money - Part 1**
http://www.youtube.com/watch?v=R524jmUoxBs

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Paula White - What's In You Comes Out Of You**
http://www.youtube.com/watch?v=ciKnn9u2ScY

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Paula White - Comes Against the Jezebel Spirit**
http://www.youtube.com/watch?v=2dOy9IPR85U

This is the second copyright strike against your account. **A single additional claim against your account will result in the termination of your account**. To avoid this, delete any videos to which you do not own the rights, and refrain from uploading additional videos that infringe on the copyrights of others. For more information about YouTube's copyright policy, please read the *Copyright Tips* guide.

If one of your postings has been misidentified as infringing, you may submit a counter-notification. Information about this process is in our Help Center.

Please note that under Section 512(f) of the Copyright Act, any person who knowingly materially misrepresents that material was disabled due to mistake or misidentification may be liable for damages.

Sincerely,

— The YouTube Team



Exhibit 3-1

© 2012 YouTube, LLC
901 Cherry Ave, San Bruno, CA 94066