| | |
|---|---|
| **Subject:** | theremnantsjnj - Video removed - Copyright Infringement |
| **From:** | YouTube (no_reply@youtube.com) |
| **To:** | theremnantsjnj@yahoo.com; |
| **Date:** | Monday, February 6, 2012 1:59 PM |



help center | e-mail options

# Dear theremnantsjnj:

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Paula White Throws Bible Onto The Floor**
http://www.youtube.com/watch?v=21_D3jDRQHQ

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Kim Clement 's False Prophecies**
http://www.youtube.com/watch?v=CYAg6YtQo4w

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Shane Perry - She's Not Here for the Money - Part 2**
http://www.youtube.com/watch?v=VV9aOxHiqLQ

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Paula White Preaches Racial Insult2**
http://www.youtube.com/watch?v=kW3BjoFBHmk

This is the **third** notification we have received alleging copyright infringement in one of your postings. Consequently, your **account has been terminated**.

If one of your postings has been misidentified as infringing, you may submit a counter-notification. Information about this process is in our Help Center.

Please note that under Section 512(f) of the Copyright Act, any person who knowingly materially misrepresents that material was disabled due to mistake or misidentification may be liable for damages.

Sincerely,

— The YouTube Team



Exhibit 3-2

© 2012 YouTube, LLC
901 Cherry Ave, San Bruno, CA 94066