# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Paula White
Search Results: Displaying 3 of 3 entries

---



**Paula White Ministries Sermons 2010-2011.**

Type of Work: Motion Picture
Registration Number / Date: PAu003653787 / 2012-06-22
Application Title: Paula White Ministries Sermons 2010-2011.
Title: Paula White Ministries Sermons 2010-2011.
Description: 177 videodiscs (DVD)
Copyright Claimant: Paula White Ministries. Address: P.O. Box 25151, Tampa, FL, 33622-5151, United States.
Date of Creation: 2011
Authorship on Application: Paula White Ministries, employer for hire; Domicile: United States; Citizenship: United States. Authorship: Entire Motion picture.
Rights and Permissions: Paula White Ministries, P.O. Box 25151, Tampa, FL, 33622-5151, United States
Copyright Note: C.O. correspondence.
Names: Paula White Ministries



Exhibit 4