# NEJAME LAW

NEJAME, LAFAY, JANCHA, AHMED, BARKER, JOSHI & MORENO P.A.

October 7, 2013

Via Certified and US Mail

Shirley Johnson
P.O. Box 58818
Seattle, WA 98138

Re: Paula White Ministries Copyrighted Materials

Ms. Johnson:

I have the pleasure of representing Paula White Ministries. Our client has made us aware and it has been discovered that you and your web-site, www.theremnantsjnj.com, have been using the copyrighted materials of Paula White Ministries.

You are hereby put on notice that Paula White Ministries holds the copyright on the materials you have posted on your own site and on www.youtube.com.

Florida and Federal Statutes provides protection of Paula White Ministries intellectual property rights specifically for copyright violation.

As you can appreciate from the preceding paragraphs, Paula White Ministries has maintained its copyright on these materials and has a right to enforce its rights vis a vis unauthorized use of these copyrighted videos.

Paula White Ministries is entitled to seek an injunction from a court of law commanding you to take down the infringing material and prohibiting you from its use as well as ordering the payment of monetary damages. Therefore, Paula White Ministries respectfully request that you cease and desist in any further use of its copyrighted materials. Lastly, and, of greater concern to you, in the event that Paula White Ministries proves intentional infringement, it would be entitled to attorneys' fees, costs and possibly treble money damages.

This letter is sent to you without prejudice to Paula White Ministries' rights and claims, all of which ar expressly reserved. We believe it is in everyone's best interests and prefer to resolve this matter without the need to pursue any of the legal remedies as provided by state and federal law. You now have ten (10) calendar days within which to respond in writing indicating your intention to cease and desist the use of the copyrighted materials.

This is not a substitute for legal advice and it is suggested that an attorney be consulted.

Sincerely,

Thomas A. Sadaka
For the firm

Exhibit 5