October 21, 2013

Via Certified Mail

Thomas A. Sadaka
Nejame Law
189 South Orange Avenue – Ste. 1800
Orlando, FL 32801

RE: Paula White Ministries Copyrighted Materials

Mr. Sadaka:

In response to your letter dated October 7, 2013 – your client, Paula White Ministries made thirty-seven (37) false copyright infringement claims on February 5, 2012, which resulted in the termination of my channel from You Tube. Paula White/Paula White Ministries (PWM) made those false claims in an effort to destroy evidence of herself being wrapped in a Jewish Torah scroll. On friday, February 3, 2012, a man by the name of Rabbi Ira Michaelson publicly stated on the Don Miller radio show that Paula White had allowed herself to be wrapped in a Jewish Torah scroll by a man named Ralph Messer. On Saturday morning, February 4, 2013, Paula White categorically and unequivocally denied (to her attorney) that that incident ever happened, and threatened to sue Mr. Michaelson for defamation (see enclosed newspaper article) – and they probably might have succeeded if it had not been for the fact that Mr. Michaelson had already downloaded a copy of my video (Paula White Throws Bible Onto The Floor) from my You Tube channel before it was terminated - proving Paula White to be a liar and subsequently no lawsuit was filed. Saturday night February 4, 2012, the video was removed (including my entire channel) due to false copyright claims made by Paula White/PWM. On Monday, February 6, 2012, I received notification from You Tube that my channel had been terminated due to copyright claims made by Paula White Ministries.

On February 7, 2012, I consulted with a copyright attorney who advised me that no copyright infringement had taken place as the clips are minimal in duration in comparison to the entire sermon; and suggested that a letter to PWM might resolve the issue. Therefore, I submitted a counter claim to You Tube and sent a letter to Paula White (letter enclosed) requesting that she authorize You Tube to reinstate my channel as I was in keeping with title 17, U.S. Code, Section 107 of the copyright law and the doctrine of fair usage. Paula White/PWM did not respond to my letter or to You Tube regarding my counter claim. Therefore You Tube dismissed Paula White's false claims and reinstated my channel on May 16, 2012.

Once again, Paula White is making false copyright claims regarding the same videos (plus a few more) because she is angry that these videos are educating people as to the fact that she is a false preacher, a religious con, a deceiver, a manipulator and a calculated pathological liar. As I have stated to Paula White in the past, my videos are for educational purposes only and are of no monetary value; and some of my videos contain clips which Paula White does not hold copyrights. Concerning her intellectual rights – no sane person would claim for their own what Paula White is speaking on these videos (enclosed are a few of my videos for your personal perusal). Moreover, Paula White's perverted sermons are derived from the Bible which is a Public Domain document; and many of her sermons


Exhibit 6

contain stolen words and phrases from my messages, as well as from many other preachers. I am working on a video to prove this as well.

*Galatians 1:6-7 - I marvel that ye are so soon removed from him that called you into the grace of Christ unto another gospel: Which is not another; but there be some that trouble you, and would pervert the gospel of Christ.*

*Jeremiah 23:30 - Therefore, behold, I am against the prophets, saith the LORD, that steal my words every one from his neighbour.*

If Paula White believes that any of my latest videos are violating her copyrights, please specify which video and I will be happy to amend that video so that it conforms to title 17, U.S. Code, Section 107 of the copyright law and the doctrine of fair usage. With all due respect, sir, as long as Paula White continues to preach a false doctrine, I will continue to exercise my legal right to expose her via You Tube, my website and any other means available to me.

Paula White has a bad habit of going from attorney to attorney filing lawsuits based on false claims. In August 2011 Paula White filed a lawsuit against Pastor Randy Coggins – claming that he lured members away from her church and into his own – which is absurd because people *choose* to attend whichever church they please. She later dropped the lawsuit because she could not prove her ridiculous, bogus claims.

If Paula wishes to escalate her false claims to a court of law – we will be prepared.

Respectfully,

Shirley Jn Johnson
P.O. Box 58818
Seattle, WA 98138
(253) 846-6805


Enclosures: Florida Courier Newspaper Articles
           Letter to Paula White
           DVDs (6)