## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PAULA WHITE MINISTRIES,

    Plaintiff,

v.                                  Case No:   6:14-cv-497-Orl-31DAB

SHIRLEY JN JOHNSON,

    Defendant.

### ORDER

Upon consideration of Plaintiff's Second Motion to Dismiss with Prejudice (Doc. 37) and Defendant's Response in opposition (Doc. 38), it is

**ORDERED** that said Motion is GRANTED, and Plaintiff's Complaint is hereby DISMISSED with prejudice. This dismissal constitutes *res judicata* as to Plaintiff's claims against Defendant in this case. If Defendant wishes to pursue affirmative relief against Plaintiff for malicious prosecution, she may do so by filing a separate complaint. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 21, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

Exhibit 7-1