**Subject:** theremnantsjnj - Video removed - Copyright Infringement

**From:** YouTube (no_reply@youtube.com)

**To:** theremnantsjnj-8842@pages.plusgoogle.com;

**Date:** Friday, May 2, 2014 2:41 PM



# Dear theremnantsjnj:

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Paula White - Same At Church and Home**
http://www.youtube.com/watch?v=d5y2awwwf0A

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Paula White - False Teachings PT. 1**
http://www.youtube.com/watch?v=kJIWIbIUK6A

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Paula White - New Sanctuary Deception**
http://www.youtube.com/watch?v=qHfzKXJOYLs

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Paula White - I'm Still Holy**
http://www.youtube.com/watch?v=yw6N0S5A070

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Paula White - I Work My Hips and Lips**    

http://www.youtube.com/watch?v=dHSSGdYD-Kk

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Edward Boateng Chanting & Satanic Allegiance**
http://www.youtube.com/watch?v=x6hecABlbk0

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Follow The Money**
http://www.youtube.com/watch?v=L5-fOTi2GpE

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Witches In The Pulpit - Counterfeit Christians**
http://www.youtube.com/watch?v=qQYNJSju3k8

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Paula and Randy adulterous Affair Before Marriage - Revised**
http://www.youtube.com/watch?v=iRTm__55_3M

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Same Lie Different Church - Part 2**
http://www.youtube.com/watch?v=9zKS-82ziCA

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Paula White - Not About Money**
http://www.youtube.com/watch?v=CKZ7t25F7lI

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**God's Difficult Assignment Agent**
http://www.youtube.com/watch?v=QfnNkhG1FGw

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Paula White - Passover Cures Cancer**
http://www.youtube.com/watch?v=qnpfsmFJETk

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Paula - Old Testament Abolished**
http://www.youtube.com/watch?v=1jNWM4plAZ4

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Boateng - Power In Other Names**
http://www.youtube.com/watch?v=wiW_yNwBSlg

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Same Lies Different Church Part 1**
http://www.youtube.com/watch?v=AOmu-sVdxAY

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Paula White - Atonement Deception**
http://www.youtube.com/watch?v=Vp_EYwB_fgM

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Who's Yo Mama**
http://www.youtube.com/watch?v=JfblxBm-AP4

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Paula White - Celebrated vs Tolerated**
http://www.youtube.com/watch?v=uxKa6qc0pLs

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is

infringing:

### Paula White - Damage Control
http://www.youtube.com/watch?v=oh72f2gzCBw

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

### Emotionalism & Fanaticism
http://www.youtube.com/watch?v=iTrJLuzp-NM

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

### False Prophets Get Paid - Part 2
http://www.youtube.com/watch?v=QdwlYclandM

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

### Paula White - Your Year
http://www.youtube.com/watch?v=tExiGXeQjOY

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

### Paula White - Heathen
http://www.youtube.com/watch?v=01lAx-6jBXQ

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

### Pope Nicholas Duncan-Williams
http://www.youtube.com/watch?v=bNIR0KK_jfl

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

### Edward Boateng Sells Holy Ghost - $120 Revised
http://www.youtube.com/watch?v=KptoSlU1Ybs

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

### Paula White's False Testimony - Part 4
http://www.youtube.com/watch?v=2mXsrdKTlfE

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

### Paula White Contradiction - Part 3
http://www.youtube.com/watch?v=dwMdRviz8lM

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

### Paula White's False Testimony - Part 3
http://www.youtube.com/watch?v=sDlt3qVD-sU

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

### Edward Boateng - Allegiance to Satan
http://www.youtube.com/watch?v=nN6-MUMLkRw

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

### New Destiny I Hate To Say It ....
http://www.youtube.com/watch?v=-KfmvyY8h7U

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

### Paula White Contradictions - Part 2
http://www.youtube.com/watch?v=FKBF0CckTW0

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

### Paula Provoking Fight At JFK Airport
http://www.youtube.com/watch?v=pcjjFiRD9BA

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

### Edward Boateng - False Preacher
http://www.youtube.com/watch?v=jHT8BRemky4

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

### It's A SCAM
http://www.youtube.com/watch?v=olVGoZKL6EU

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

### Paula White - I Can't Lie In The Pulpit - Part 1
http://www.youtube.com/watch?v=zSDpiFle5uA

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

### Paula White - I Fake It Till I Make It - updated
http://www.youtube.com/watch?v=i1FTgF_dCZA

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

### Paula White - "You Love That Booty"
http://www.youtube.com/watch?v=OW2gc3Kgg_4

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

### Jezebel Is Not Gender?
http://www.youtube.com/watch?v=u6N3l7WEuhA

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

### Paula White's False Testimony - Part 2
http://www.youtube.com/watch?v=jky9Gt3NLQo

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

### Paula White's False Testimony - Part 1
http://www.youtube.com/watch?v=zfWsM2EcRjA

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is

infringing:

**First Fruits - Three Feasts SCAM**
http://www.youtube.com/watch?v=6iV8CpAK8tA

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Paula White - 10 Million Souls Are Mine**
http://www.youtube.com/watch?v=EQj_IZygyKU

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Paula White - I'm Bored Praying**
http://www.youtube.com/watch?v=LMUAlYkmlhY

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Jezebel Wants To Know Your Weakness**
http://www.youtube.com/watch?v=FbCwStlVS2Q

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Paula White - New Destiny Part 4 God's Reputation updated**
http://www.youtube.com/watch?v=QniF2B9HDIE

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Paula White - New Destiny Part 3 Updated**
http://www.youtube.com/watch?v=xnkMQePZxJc

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Paula White - New Destiny Part 2 Updated**
http://www.youtube.com/watch?v=AflyvkhAyJg

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**Paula White Admits They Lied About The Money**
http://www.youtube.com/watch?v=kBhU63yerIM

We have disabled the following material as a result of a third-party
notification from Paula White Ministries claiming that this material is
infringing:

**Paula White Contradictions - Part 1**
http://www.youtube.com/watch?v=VFMZOgkRt5s

We have disabled the following material as a result of a third-party
notification from Paula White Ministries claiming that this material is
infringing:

**Without Walls Paid Off - New Buildings No Mortgages**
http://www.youtube.com/watch?v=_aqHHkj4dAU

We have disabled the following material as a result of a third-party
notification from Paula White Ministries claiming that this material is
infringing:

**Paula White - New Destiny Part 1 Updated**
http://www.youtube.com/watch?v=30IFb-6-jC0

We have disabled the following material as a result of a third-party
notification from Paula White Ministries claiming that this material is
infringing:

**Paula White - "I Saw A Wicked Hand Over New Destiny"**
http://www.youtube.com/watch?v=VqWtueTSw0w

We have disabled the following material as a result of a third-party
notification from Paula White Ministries claiming that this material is
infringing:

**Paula White's Double Life - Adam Levine Kid Rock, etc.**
http://www.youtube.com/watch?v=86u73mrx7hY

We have disabled the following material as a result of a third-party
notification from Paula White Ministries claiming that this material is
infringing:

**Paula White Sacrifices Chickens - Revised**
http://www.youtube.com/watch?v=Z65JGVLjB_Q

We have disabled the following material as a result of a third-party
notification from Paula White Ministries claiming that this material is
infringing:

**Paula White Pledges Allegiance to Satan updated**
http://www.youtube.com/watch?v=EvWWGYpCzwE

This is the **second** copyright strike against your account. **A single additional claim against your account will result in the termination of your account**. To avoid this, delete any videos to which you do not own the rights, and refrain from uploading additional videos that infringe on the copyrights of others. For more information about YouTube's copyright policy, please read the *Copyright Tips* guide.

If one of your postings has been misidentified as infringing, you may submit a counter-notification. Information about this process is in our Help Center.

Please note that under Section 512(f) of the Copyright Act, any person who knowingly materially misrepresents that material was disabled due to mistake or misidentification may be liable for damages.

Sincerely,

— The YouTube Team

Help center • Email options

©2014 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066