Print     https://us-mg5.mail.yahoo.com/neo/launch?.rand=fjnfbeqhvnn31#1346...

**Subject:** Re: [1-0930000003642] New Copyright Counter-Notification
**From:** YouTube (copyright@youtube.com)
**To:** theremnantsjnj@yahoo.com;
**Date:** Wednesday, May 14, 2014 9:08 AM



Dear theremnantsjnj,

Thank you for your counter notification. It has been forwarded to the party that sent the takedown notification.

If we receive no response, your material will be restored in 10 to 14 business days from today. Please understand that submitting additional counter notifications for this URL will not accelerate your video's reinstatement.

- The YouTube Team

Counter-Notification as follows:

Videos included in counter-notification:
http://web-release-qa.youtube.com/watch?v=X81rDQCpTKU
http://web-release-qa.youtube.com/watch?v=86u73mrx7hY
http://web-release-qa.youtube.com/watch?v=_aqHHkj4dAU
http://web-release-qa.youtube.com/watch?v=VFMZOgkRt5s
http://web-release-qa.youtube.com/watch?v=kBhU63yerIM
http://web-release-qa.youtube.com/watch?v=30IFb-6-jC0
http://web-release-qa.youtube.com/watch?v=AflyvkhAyJg
http://web-release-qa.youtube.com/watch?v=EvWWGYpCzwE
http://web-release-qa.youtube.com/watch?v=xnkMQePZxJc
http://web-release-qa.youtube.com/watch?v=QniF2B9HDIE
http://web-release-qa.youtube.com/watch?v=FbCwStIVS2Q
http://web-release-qa.youtube.com/watch?v=LMUAIYkmlhY
http://web-release-qa.youtube.com/watch?v=qQYNJSju3k8
http://web-release-qa.youtube.com/watch?v=EQj_lZygyKU
http://web-release-qa.youtube.com/watch?v=dHSSGdYD-Kk
http://web-release-qa.youtube.com/watch?v=6iV8CpAK8tA
http://web-release-qa.youtube.com/watch?v=zfWsM2EcRjA
http://web-release-qa.youtube.com/watch?v=jky9Gt3NLQo
http://web-release-qa.youtube.com/watch?v=u6N3I7WEuhA
http://web-release-qa.youtube.com/watch?v=OW2gc3Kgg_4
http://web-release-qa.youtube.com/watch?v=i1FTgF_dCZA
http://web-release-qa.youtube.com/watch?v=zSDpiFle5uA
http://web-release-qa.youtube.com/watch?v=VqWtueTSw0w
http://web-release-qa.youtube.com/watch?v=olVGoZKL6EU
http://web-release-qa.youtube.com/watch?v=jHT8BRemky4

Exhibit 9

http://web-release-qa.youtube.com/watch?v=pcjjFiRD9BA
http://web-release-qa.youtube.com/watch?v=FKBF0CckTW0
http://web-release-qa.youtube.com/watch?v=-KfmvyY8h7U
http://web-release-qa.youtube.com/watch?v=nN6-MUMLkRw
http://web-release-qa.youtube.com/watch?v=sDlt3qVD-sU
http://web-release-qa.youtube.com/watch?v=dwMdRviz8IM
http://web-release-qa.youtube.com/watch?v=2mXsrdKTIfE
http://web-release-qa.youtube.com/watch?v=KptoSlU1Ybs
http://web-release-qa.youtube.com/watch?v=bNlR0KK_jfI
http://web-release-qa.youtube.com/watch?v=01IAx-6jBXQ
http://web-release-qa.youtube.com/watch?v=tExiGXeQjOY
http://web-release-qa.youtube.com/watch?v=2Q7zEJgT_Vc
http://web-release-qa.youtube.com/watch?v=QdwlYclandM
http://web-release-qa.youtube.com/watch?v=iTrJLuzp-NM
http://web-release-qa.youtube.com/watch?v=oh72f2gzCBw
http://web-release-qa.youtube.com/watch?v=uxKa6qc0pLs
http://web-release-qa.youtube.com/watch?v=JfblxBm-AP4
http://web-release-qa.youtube.com/watch?v=Vp_EYwB_fgM
http://web-release-qa.youtube.com/watch?v=AOmu-sVdxAY
http://web-release-qa.youtube.com/watch?v=wiW_yNwBSlg
http://web-release-qa.youtube.com/watch?v=1jNWM4plAZ4
http://web-release-qa.youtube.com/watch?v=qnpfsmFJETk
http://web-release-qa.youtube.com/watch?v=QfnNkhG1FGw
http://web-release-qa.youtube.com/watch?v=CKZ7t25F7II
http://web-release-qa.youtube.com/watch?v=9zKS-82ziCA
http://web-release-qa.youtube.com/watch?v=yw6N0S5A070
http://web-release-qa.youtube.com/watch?v=L5-fOTi2GpE
http://web-release-qa.youtube.com/watch?v=x6hecABlbk0
http://web-release-qa.youtube.com/watch?v=qHfzKXJOYLs
http://web-release-qa.youtube.com/watch?v=d5y2awwwf0A
http://web-release-qa.youtube.com/watch?v=xT9R2sqyJ7I
http://web-release-qa.youtube.com/watch?v=r6KfLcT7qZg
http://web-release-qa.youtube.com/watch?v=SP8Y9YGWys8
http://web-release-qa.youtube.com/watch?v=kJIWlblUK6A
http://web-release-qa.youtube.com/watch?v=Z65JGVLjB_Q
http://web-release-qa.youtube.com/watch?v=iRTm__55_3M

Display name of uploader: theremnantsjnj

PWM & associates do NOT hold copyrights to the "third-party" content in these videos which are in accordance with Title 17, US Code, Section 107 copyright law & doctrine of faire usage.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Shirley Johnson
P.O. Box 58818
Seattle, Washington 98138
theremnantsjnj@yahoo.com
253-846-6805

Help center • Email options • Report spam

©2014 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066