**Subject:** RE: [1-0930000003642] New Copyright Counter-Notification

**From:** copyright@youtube.com (copyright@youtube.com)

**To:** theremnantsjnj@yahoo.com;

**Date:** Wednesday, June 4, 2014 1:16 PM

Hello,

Thank you for your counter-notification. We have received information of a court action Paula White Ministries v. Johnson, filed in the the Florida Middle District Court with case number is 6:2014cv00497 in regard to this content. Therefore, we regretfully cannot honor this counter-notification. The content will not be reinstated.

Please take some time to review our Copyright Tips,

http://youtube.com/t/howto_copyright, as well as the copyright-related

information available in our Help Center.

To learn more about copyright, you may also visit YouTube's Copyright Center at:

http://www.youtube.com/t/copyright_education
We unfortunately are unable to assist further in this matter.

Regards,

The YouTube Copyright Team

On 05/14/14 09:08:02 copyright@youtube.com wrote:



Dear theremnantsjnj,

Thank you for your counter notification. It has been forwarded to the party that sent the takedown notification.

*Exhibit 10*

If we receive no response, your material will be restored in 10 to 14 business days from today. Please understand that submitting additional counter notifications for this URL will not accelerate your video's reinstatement.

- The YouTube Team

Counter-Notification as follows:

Videos included in counter-notification:
http://web-release-qa.youtube.com/watch?v=X81rDQCpTKU
http://web-release-qa.youtube.com/watch?v=86u73mrx7hY
http://web-release-qa.youtube.com/watch?v=_aqHHkj4dAU
http://web-release-qa.youtube.com/watch?v=VFMZOgkRt5s
http://web-release-qa.youtube.com/watch?v=kBhU63yerIM
http://web-release-qa.youtube.com/watch?v=30IFb-6-jC0
http://web-release-qa.youtube.com/watch?v=AflyvkhAyJg
http://web-release-qa.youtube.com/watch?v=EvWWGYpCzwE
http://web-release-qa.youtube.com/watch?v=xnkMQePZxJc
http://web-release-qa.youtube.com/watch?v=QniF2B9HDIE
http://web-release-qa.youtube.com/watch?v=FbCwStIVS2Q
http://web-release-qa.youtube.com/watch?v=LMUAIYkmIhY
http://web-release-qa.youtube.com/watch?v=qQYNJSju3k8
http://web-release-qa.youtube.com/watch?v=EQj_IZygyKU
http://web-release-qa.youtube.com/watch?v=dHSSGdYD-Kk
http://web-release-qa.youtube.com/watch?v=6iV8CpAK8tA
http://web-release-qa.youtube.com/watch?v=zfWsM2EcRjA
http://web-release-qa.youtube.com/watch?v=jky9Gt3NLQo
http://web-release-qa.youtube.com/watch?v=u6N3I7WEuhA
http://web-release-qa.youtube.com/watch?v=OW2gc3Kgg_4
http://web-release-qa.youtube.com/watch?v=i1FTgF_dCZA
http://web-release-qa.youtube.com/watch?v=zSDpiFIe5uA
http://web-release-qa.youtube.com/watch?v=VqWtueTSw0w
http://web-release-qa.youtube.com/watch?v=olVGoZKL6EU
http://web-release-qa.youtube.com/watch?v=jHT8BRemky4
http://web-release-qa.youtube.com/watch?v=pcjjFiRD9BA
http://web-release-qa.youtube.com/watch?v=FKBF0CckTW0
http://web-release-qa.youtube.com/watch?v=-KfmvyY8h7U
http://web-release-qa.youtube.com/watch?v=nN6-MUMLkRw
http://web-release-qa.youtube.com/watch?v=sDlt3qVD-sU
http://web-release-qa.youtube.com/watch?v=dwMdRviz8lM
http://web-release-qa.youtube.com/watch?v=2mXsrdKTIfE
http://web-release-qa.youtube.com/watch?v=KptoSIU1Ybs
http://web-release-qa.youtube.com/watch?v=bNIR0KK_jfI
http://web-release-qa.youtube.com/watch?v=01IAx-6jBXQ
http://web-release-qa.youtube.com/watch?v=tExiGXeQjOY
http://web-release-qa.youtube.com/watch?v=2Q7zEJgT_Vc
http://web-release-qa.youtube.com/watch?v=QdwlYclandM
http://web-release-qa.youtube.com/watch?v=iTrJLuzp-NM
http://web-release-qa.youtube.com/watch?v=oh72f2gzCBw
http://web-release-qa.youtube.com/watch?v=uxKa6qc0pLs
http://web-release-qa.youtube.com/watch?v=JfblxBm-AP4
http://web-release-qa.youtube.com/watch?v=Vp_EYwB_fgM
http://web-release-qa.youtube.com/watch?v=AOmu-sVdxAY
http://web-release-qa.youtube.com/watch?v=wiW_yNwBSIg
http://web-release-qa.youtube.com/watch?v=1jNWM4plAZ4
http://web-release-qa.youtube.com/watch?v=qnpfsmFJETk
http://web-release-qa.youtube.com/watch?v=QfnNkhG1FGw
http://web-release-qa.youtube.com/watch?v=CKZ7t25F7lI
http://web-release-qa.youtube.com/watch?v=9zKS-82ziCA
http://web-release-qa.youtube.com/watch?v=yw6N0S5A070
http://web-release-qa.youtube.com/watch?v=L5-fOTi2GpE
http://web-release-qa.youtube.com/watch?v=x6hecABIbk0

http://web-release-qa.youtube.com/watch?v=qHfzKXJOYLs
http://web-release-qa.youtube.com/watch?v=d5y2awwwf0A
http://web-release-qa.youtube.com/watch?v=xT9R2sqyJ7I
http://web-release-qa.youtube.com/watch?v=r6KfLcT7qZg
http://web-release-qa.youtube.com/watch?v=SP8Y9YGWys8
http://web-release-qa.youtube.com/watch?v=kJIWlblUK6A
http://web-release-qa.youtube.com/watch?v=Z65JGVLjB_Q
http://web-release-qa.youtube.com/watch?v=iRTm__55_3M

Display name of uploader: theremnantsjnj

PWM & associates do NOT hold copyrights to the "third-party" content in these videos which are in accordance with Title 17, US Code, Section 107 copyright law & doctrine of faire usage.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Shirley Johnson
P.O. Box 58818
Seattle, Washington 98138
theremnantsjnj@yahoo.com
253-846-6805

Help center • Email options • Report spam

©2014 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

--