**Subject:** theremnantsjnj - Video removed - Copyright Infringement
**From:** YouTube (no_reply@youtube.com)
**To:** theremnantsjnj-8842@pages.plusgoogle.com;
**Date:** Tuesday, July 1, 2014 3:01 PM



### Dear theremnantsjnj:

We have disabled the following material as a result of a third-party notification from Paula White Ministries claiming that this material is infringing:

**TD Jakes and Paula White - Satanic Tongues**
http://www.youtube.com/watch?v=CSCn3xvhyPg

This is the **third** notification we have received alleging copyright infringement in one of your postings. Consequently, your **account has been terminated**.

If one of your postings has been misidentified as infringing, you may submit a counter-notification. Information about this process is in our Help Center.

Please note that under Section 512(f) of the Copyright Act, any person who knowingly materially misrepresents that material was disabled due to mistake or misidentification may be liable for damages.

Sincerely,

— The YouTube Team

Help center • Email options

©2014 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

*Exhibit IL*