UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

SHIRLEY JN JOHNSON, individual                          CASE NO:

　　　　Plaintiff,

　　　　　　v.

NEW DESTINY CHRISTIAN CENTER
CHURCH, INC., Florida not for profit corporation
a/k/a Paula White Ministries

PAULA MICHELLE WHITE, individually and in
her official capacity as President, Director and Senior
Pastor of New Destiny Christian Center Church, Inc.,
a/k/a PAULA MICHELLE CAIN

　　　　Defendants.
_____/

**AFFIDAVIT OF SHIRLEY JN JOHNSON IN SUPPORT OF**
**COMPLAINT FOR §512(f) MISREPRESENTATION AND ABUSE OF PROCESS**

**<u>AUTHENTICATION OF EXHIBITS</u>**

STATE OF WASHINGTON

COUNTY OF PIERCE

　　　　BEFORE ME, the undersigned authority, on this day personally appeared SHIRLEY JN JOHNSON, who after being first duly sworn, under oath, deposes and says:

　　　　1. My name is Shirley Jn Johnson, I am over the age of eighteen. I am the Plaintiff in the above case. The information contained in this affidavit is based on personal knowledge, and I am competent to testify on the matters stated herein.



1

37  2. The exhibits attached to my Complaint for §512(f) Misrepresentations and
38 Abuse of Process, are true and correct copies, and are as follows:

39  **3. ATTACHED EXHIBITS**

40  **3.1  Exhibit 1** – Computer Disc containing short clips, Nos. 1 through 6, from
41 videos that I personally recorded from Defendants' live internet and television
42 broadcasts.

43  **3.2  Exhibit 2** – Newspaper article that I personally downloaded from the
44 internet regarding Paula White wrapped in Jewish scroll.

45 .  **3.3  Exhibit 3** – DMCA takedown e-mails that I received from You Tube on
46 February 6, 2012.

47  **3.4  Exhibit 4** – Paula White Ministries' copyright registration that I printed
48 from the United States Copyright Office's website.

49  **3.5  Exhibit 5** – Cease and Desist Letter that I received from Thomas A.
50 Sadaka of Nejame Law.

51  **3.6  Exhibit 6** – Letter that I wrote to Thomas A. Sadaka in response to his
52 Cease and Desist letter.

53  **3.7  Exhibit 7.1 and 7.2** – Court Orders regarding dismissal of Case No. 6:14-
54 cv-00497-Orl-31DAB, that I downloaded from Pacer.

55  **3.8  Exhibit 8** – DMCA takedown e-mails that I received from You Tube on
56 May 2, 2014.

57  **3.9  Exhibit 9** – Counter-notification that I e-mailed to You Tube on May 14,
58 2014.

59         **3.10 Exhibit 10** – E-mail that I received from You Tube on June 4, 2014
60 notifying me that they could not restore my videos due to court action filed against me by
61 Paula White Ministries.

62         **3.11 Exhibit 11** – E-mail that I received from You Tube on July 1, 2014
63 notifying me that my channel had been terminated due to copyright claims from Paula
64 White Ministries.

65         **3.12 Exhibit 12** – DMCA takedown e-mail that I received from You Tube on
66 March 6, 2015.

67         **3.13 Exhibit 13** – DMCA takedown e-mail that I received from You Tube on
68 May 20, 2015.

69         **3.14 Exhibit 14.1** – E-mail that I received from You Tube on April 22, 2015
70 regarding my counter-notification.

71         **Exhibit 14.2** – Screenshot of a notification from You Tube regarding
72 removal of a video from my channel.

73         **Exhibit 14.3** – Screenshot from my channel regarding video removal and
74 account standing with You Tube.

75         **Exhibit 14.4** – File that I downloaded from the Ninth Judicial Circuit
76 Court's website reflecting one of New Destiny Christian Center Church, Inc's attorneys.

77         **3.15 Exhibit 15.1** – E-mail that I received from You Tube on May 22, 2015
78 regarding my counter-notification.

79         **Exhibit 15.2** – Screenshot of a notification from You Tube regarding
80 removal of a video from my channel.

Exhibit 15.3 – Screenshot of a notification from You Tube regarding removal of a video from my channel.

**3.16 Exhibit 16** – This Affidavit authenticating exhibits supporting this Verified Complaint for §512(f) Misrepresentation and Abuse of Process.

FURTHER AFFIANT SAITH NAUGHT

Shirley Jn Johnson, *pro se*

STATE OF WASHINGTON
COUNTY OF PIERCE

Under penalty of perjury, the foregoing instrument was sworn to (or affirmed) and subscribed before me on this __19__ day of April, 2017 by SHIRLEY JN JOHNSON who ___is personally known to me or __X__ who produced a __Washington__ driver's license bearing her name and photograph as identification, and who executed this Affidavit.

_____ Commission Expires: 05/30/2020
Notary Public

> Notary Public
> State of Washington
> HENRIETTA B RHODES
> My Appointment Expires May 30, 2020